89 F.3d 823
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Richard A. COLE, et al., Plaintiffs, Appellants,
v.
Maria FABIANO, et al., Defendants, Appellants.
 No. 96-1249.
 United States Court of Appeals, First Circuit.
 July 18, 1996.
 
 Richard A. Cole, M.D. F.A.C.P. on brief pro se.
 Hugh C. Carlin, Gross, Shuman, Brizdle & Gilfillan, P.C., Lee T. Gesmer, and Lucash, Gesmer & Updegrove on brief for appellees.
 D.Mass.
 AFFIRMED.
 Before SELYA, CYR and BOUDIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Upon careful review of the record and appellate briefs, it clearly appears that no substantial question is presented for review.
 
 
 2
 Because appellant did not ask the district court for a transfer and made no showing that a transfer would be in the interest of justice, we conclude that the district court did not abuse its discretion in failing to order one. See 28 U.S.C. § 1406(a); Cote v. Wadel, 796 F.2d 981, 984 (7th Cir.1986); see also Mulcahy v. Guertler, 416 F.Supp. 1083, 1086 (D.Mass.1976).
 
 
 3
 Appellant's remaining arguments likewise are without merit: he had ample opportunity to respond to defendants' motion to dismiss; he never sought leave to amend his complaint, and, in any case, amendment would not cure the defects in venue; and neither defendants' credibility on the issue of service, nor appellant's failure to obtain a copy of the local rules, suggests to us any reason to reverse.
 
 
 4
 Affirmed. See 1st Cir. Loc. R. 27.1.